ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                             )
                                                       )
Environmental Tectonics Corporation                    )    ASBCA No.      61975
                                                       )
Under Contract No.     FA8626-10-C-2102                )

APPEARANCES FOR THE APPELLANT:         Michael H. Payne, Esq.
                                       Robert G. Ruggieri, Esq.
                                         Cohen Seglias Pallas Greenhall & Furman, P.C.
                                         Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                         Air Force Deputy Chief Trial Attorney
                                       Lawrence M. Anderson, Esq.
                                       Colby L. Sullins, Esq.
                                         Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE SWEET

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,509,395.57, inclusive of interest, to enable payment by the Judgment Fund, 31 U.S.C. § 1304. *See* 41 U.S.C. §§ 7105(e), 7108(b); 31 U.S.C. § 1304(a)(3)(C).

Dated:  September 24, 2020

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61975, Appeal of Environmental Tectonics Corporation, rendered in conformance with the Board's Charter.

Dated: September 24, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2